# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2020

160321

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ALAN MICHAEL ROSETTO,
      Defendant-Appellant.

SC: 160321
COA: 349682
Berrien CC: 2018-016201-FC

_____/

On order of the Court, the application for leave to appeal the August 8, 2019 order of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Betts* (Docket No. 148981) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2020



b0921

Clerk